IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:13-CR-3057 |
| vs. | |
| SCOTT USHER and ROBIN USHER, | ORDER |
| Defendants. | |

This matter is before the Court on defendant Robin Usher's objection[1] (filing 50) to the Magistrate Judge's order (filing 47) denying her motion (filing 34) to sever her trial from that of her co-defendant pursuant to Fed. R. Crim. P. 14. The objection will be overruled.

A district court may reconsider a Magistrate Judge's ruling on nondispositive pretrial matters only where it has been shown that the ruling is clearly erroneous or contrary to law. *See*, 28 U.S.C. § 636(b)(1)(A); *Ferguson v. U.S.*, 484 F.3d 1068 (8th Cir. 2007). The Court has reviewed the defendant's objection and the government's response, the underlying motion and briefs, and the evidence adduced before the Magistrate Judge. Being fully advised in the premises, the Court agrees with the Magistrate Judge's ruling, and overrules the defendant's objection for the reasons explained by the Magistrate Judge in her memorandum and order (filing 47).

IT IS ORDERED that the defendant's objection (filing 50) is overruled.

Dated this 25th day of November, 2014.

BY THE COURT:

John M. Gerrard
United States District Judge

---

[1] The Court notes that the objection was filed by Robin's counsel on behalf of both defendants. The Court assumes this was simply a docketing error: the motion to sever was only filed on Robin's behalf.