IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>SCOTT USHER and ROBIN USHER,<br><br>　　　　　　　Defendants. | 4:13CR3057<br><br>**ORDER** |

　　　　IT IS ORDERED that:

　　1.　The plaintiff's Motion to Continue (filing 123) is granted.

　　2.　The May 1, 2015 evidentiary hearing currently set as to both defendants is continued.

　　3.　On the Court's own motion, the May 22, 2015 sentencing hearing currently set as to defendant Robin Usher is continued.

　　4.　A sentencing hearing is set as to defendant Scott Usher, and an evidentiary hearing is set as to defendant Robin Usher, on June 9, 2015, at 9:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

　　5.　A sentencing hearing is set as to defendant Robin Usher on June 10, 2015, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

Dated this 29th day of April, 2015.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　_John M. Gerrard_
　　　　　　　　　　　　　　　　　John M. Gerrard
　　　　　　　　　　　　　　　　　United States District Judge